HENSLEE,LANCE
(Name)
P.O. BOX 3030 H.D.S.P.
(Address)
SUSANVILLE,CALIF. 96127
(City, State, Zip)
T-93490
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

LANCE R.HENSLEE,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

c/o C.WILSON (badge#52789)
sgt. V.SOSA (badge#55636)
___,
___,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 1015 IEG LSP

Civil Case No. ___
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

___.

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, LANCE R.HENSLEE (print Plaintiff's name) c.d.c.r.# t-93490, who presently resides at HIGH DESERT STATE PRISON (mailing address or place of confinement) P.O.BOX 3030.SUSANVILLE,CALIF. 96127, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at DONOVAN-STATE PRISON (SAN DIEGO,CALIF) (institution/place where violation occurred) on (dates) 8-13-07 (Count 1), ___ (Count 2), and ___ (Count 3).

# INSTRUCTIONS FOR FILING
## CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983
## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(1) This complaint must be legibly handwritten or typewritten, and signed by the plaintiff. All questions must be answered concisely in the proper space on the form. Do NOT write on the back of any page.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a **fee of $350** your complaint will be filed if it is in proper order. The $350 fee must be submitted with the complaint, not separately.

(4) If you do not have the necessary funds to pay the $350 filing fee or cannot afford to pay for transcripts, counsel, appeal, or other costs connected with this civil action, you may request permission to proceed in forma pauperis, in which event you must execute a separate form provided by the Court, entitled "Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis" setting forth information establishing your inability to pay fees or costs.

IF YOU ARE A PRISONER, you **MUST** attach a certified copy of your prison trust account statements for the 6-month period immediately preceding the filing of the complaint per 28 U.S.C. § 1915(a)(2) or your motion to proceed in forma pauperis will be denied. Even if your motion to proceed in forma pauperis is granted, however, the Court will assess an initial partial filing fee at the time your action is filed. After the initial partial fee is assessed, YOU WILL STILL OWE THE BALANCE OF THE FILING FEE WHICH THE COURT WILL ORDER GARNISHED FROM YOUR PRISON TRUST ACCOUNT.

(5) When the complaint is fully completed, the original and at least two copies must be mailed to: Clerk of U.S. District Court, Room 4290, 880 Front Street, San Diego, CA 92101-8900.

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant c/o C.WILSON (name) resides in SAN DIEGO,CALIF. (County of residence), and is employed as a correctional officer (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ~~Employed as corrections officer at Donovan State~~ Prison. c/o C.Wilson was ad-seg floor officer ~~in this action~~ in this civil suit.

Defendant sgt.V.Sosa (name) resides in SAN DIEGO,CALIF. (County of residence), and is employed as a correctional sgt. (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: State employed as correctional sgt. at Donovan State Prison. Sgt. Sosa was supervisor present during this action in this civil suit.

Defendant ______________ (name) resides in ______________ (County of residence), and is employed as a ______________ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ______________

Defendant ______________ (name) resides in ______________ (County of residence), and is employed as a ______________ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ______________

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: eighth ammendment (8-th ammnd.) (E.g., right to medical care, access to courts, Freedom from Cruel and Unusual Punishment. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

(1) on August 13th, 2007 between 3:45 - 4:15 p.m.(2) I was housed in Donovan State Prison Facility 2 Ad- Seg unit buiding 7 cell#218
(3) I was the victim of a stged "gladiator type" fight against inmate Ledgerwood #c.d.c.r. T-15465, set up and supervised by corrections officer C.Wilson (badge # 52789) and Sgt.V.Sosa (badge # 55636).
(4) I called c/o Newsham to my cell door (7-218) at 3:30 p.m. and told him that I had been threatened by my cellmate , inmate Ledger-wood, and feared there would be violence if he were put back in my cell. (5) Sgt.Sosa came to my cell door appx. 5 minutes later. I told him my cellmate was acting bizarre and had seriosly threatened me.I told Sgt. Sosa I did not feel safe and did not want him put back in my cell. To rehouse him . Sgt.Sosa verbally agreed he would move him. Sgt. Sosa stated he would have my cellmate placed in a cage till he was rehoused. To avoid a fight. Appx. 15 minutes later (3:55 p.m.) (5) c/o Wilson brought inmate Ledgerwood into the building, He stopped and talked to Sgt.Sosa ,shook his head"no" several times , looking up at my celldoor, he forcibly marched inmate Ledgerwood up the stairs,directly to my celldoor, (6) Itold c/o Wilson , "no, he could not put him back in my cell, there would be a serious fight and violence ". (7) c/o Wilson put the inmate to the side of the celldoor, telling me to go to the back of the cell or he would come in there himself and we would fight. c/o Wilson motioned the tower guard to open the celldoor. (8) I was not handcuffed as i stood at the middle of the cell telling c/o Wilson not to put inmate Ledgerwood in the cell. (9) c/o Wilson then

CONTINUED PAGE #3 a.

SUPPORTING FACTS CONTINUED.

told me again to go to back of the cell and sit down. c/o Wilson then physically forced inmate Ledgerwood into the cell and had the tower guard close the celldoor. He stood in the celldoor window watching to see us fight. I immediately went to inmate Ledgerwood and pinned him in the doorway, to prevent c/o Wilson from taking his handcuffs off thru the cell door port. I kept him pinned in the doorway as I feared a violent fight if he got his handcuffs off. I feared for my safety,and didnt want to fight or be attacked. c/o Wilson became angry when ididnt let him get the cuffs off, nor attack inmate Ledgerwood.
(10) c/o Wilson told the towerguard to open the celldoor.(signalling with-his arm). (11) c/o Wilson opened the celldoor and pulled inmate Ledgerwood out of the cell . (12) c/o Wilson then sprayed me in the back of the head and body heavily with his gas spray. I was at the back of the cell to give him room to pull inmate Ledgerwood out and there was no cause for him to spray me. he used his spray to punish me out of anger.
(13)c/oWilson told me he was writting me a "115" incident report for battery on a inmate.
(14)c/oWilson took inmate Ledgerwood to a cage.
(15) During entire incident Sgt.Sosa and several staff members stood in the middle of the dayroom floor and watched the entire incident.
(16) there are appx. (20) twenty surveillance cameras inside the building (#7) where this happened and this entire incident was video taped and is stored by the Donovan State Prison Administration. (17) c/o Wilson came back to my celldoor and threatened neighboring inmates loudly against being a wittness for me "or they would get the same or worse."
(18) c/o Wilson threatened me against filing a complaint saying things could get a lot worse. (19) That nite c/o Wilson worked a double shift and gave me a reduced / /modified tray with most of the food removed. stating" how did I like my diet tray ?.
c/o Wilson then came to my door holding a letter up saying he was sending my letter back to the mailroom andi would not be receiving anything while he was working.
(20) Sgt. Sosa stated to me he had made a big mistake and he wish he had not let it happen.
21) The entire incident of this abuse is on video on the above date and times.

Count 2: The following civil right has been violated: ______________________
(E.g., right to medical care, access to courts,

______________________
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated: ______________________
(E.g., right to medical care, access to courts,
______________________________________________________________________.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: N/A
Defendants: N/A

(b) Name of the court and docket number: N/A

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] N/A

(d) Issues raised: N/A

(e) Approximate date case was filed: N/A.

(f) Approximate date of disposition: N/A.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I have filed formal complaints with Donovan State Prison officials for investigation of staff misconduct inquiry . ~~Donovan Prison found grounds for investigation. I filed a 602- appeal and~~ completely exhausted it to the directors le vel. I also filed a CITIZENS COMPLAINT FORM 832.5 p.c. with prison officials the C.D.C. DEPT. OF INTERNAL AFFAIRS. Enclosed is the complete c.d.c. 602 inmate appeal forms. Also copy of filed BOARD OF CONTROL FORM.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ______________________________

2. Damages in the sum of $ 11.00 .

3. Punitive damages in the sum of $ 250,000. 00 .

4. Other: 375.00 plus all legal fees incured.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

June 2, 2008
Date

Lance R. Henslee
Signature of Plaintiff

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : September 11, 2007

To : Lance Henslee
T-93490
F3-15-120U

Subject: **ALLEGATIONS OF STAFF MISCONDUCT**

This is in response to your correspondence dated August 14, 2007, regarding allegations of staff misconduct by correctional staff assigned to the Administrative Segregation Unit. Specifically, you are alleging that staff intentionally placed an inmate in your cell after you informed them that the inmate was a potential enemy.

Our records indicate that the incident was reported on a CDC 837 Crime/Incident Report. Further inquiry revealed that you submitted a CDC 602 Inmate Appeal requesting that an investigation be conducted for alleged staff misconduct. As a result, a staff complaint inquiry is being conducted and is pending completion.

Staff misconduct is taken very seriously and will not be condoned at any level. Your staff complaint will be responded to appropriately through the inmate appeal process.

If you have any further questions regarding this matter, please contact D. McBride, Facility II Captain, via institutional mail.

E. A. CONTRERAS
Associate Warden
Facilities I/III and Education
R. J. Donovan Correctional Facility

Attachment E 2/21/06

State of California

# Memorandum

Date : October 11, 2007

To : Henslee, L., #T-93490
F3-15-103U, RJDCF

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # RJD-2-07-02077**

**APPEAL ISSUE:** You claim that on August 13, 2007, while you were housed in the Administrative Segregation Unit (ASU), you were the victim of a gladiator type of fight. You informed Sergeant Sosa, that you could no longer share the cell with inmate Ledgerwood; however, you allege that Sergeant Sosa ordered Officer Wilson to force Inmate Ledgerwood in to the cell.

You are requesting that a full investigation be conducted and for the videotape in building 7 be reviewed as evidence. Also, you request for the removal of Sergeant Sosa and Officer Wilson from building 7 as they are a threat to the safety and security of the institution.

**DETERMINATION OF ISSUE**: A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY

**SUMMARY FOR APPEAL INQUIRY:**
You were interviewed on September 6, 2007, by Lieutenant T. Glover. During the interview you stated the same issues as stated above. The following witness(es) were questioned: Inmate Sterling, Officer Wilson, Sergeant Sosa, Officer Newsham, and Inmate Ledgerwood.

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal has been Partially Granted at the ☒ First level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

D. Uribe (signature)
D. URIBE
Associate Warden

10-17-07
Date

- Page 1 OF 3 -

RECEIVED
AUG 20 2007
~~AUG 24 2007~~
RICHARD J. DONOVAN CORR FAC.
APPEALS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. RJD 2.

Log No. 1. 07-2077 2.

Category 7 SC

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HensLee, Lance | T-93490 | RJ Donovan | 7-218 |

A. Describe Problem: on AUGUST 13, 2007 while in Ad-seg housing I was The victim of a gladiator Type Fight Forced on me by SGT. Sosa and C/o Wilson. Entire event was Filmed on surveillance camera (building 7) appx. 3:30-4:30 p.m. I Told SGT. Sosa he could not return I/m Ledgerwood To my cell, That There would be a Fight, and we had To be seperated, SGT. Sosa Then stood by as C/o Wilson physically Threatened me & shoved I/m Ledgerwood Thru my cell door. He locked I/m Ledgerwood

If you need more space, attach one additional sheet. continued page 2 →

B. Action Requested: a Full Investigation of staff misconduct against SGT. Sosa and C/o Wilson For staging a "gladiator" Fight. To review The videotape. To remove SGT. Sosa and C/o Wilson From Ad-seg as They are a Threat To safety & security.

Inmate/Parolee Signature: Lance Henslee Date Submitted: 8-14-07

C. INFORMAL LEVEL (Date Received: ______ )

Staff Response: ______

BYPASS

RECEIVED DEC 31 2007 INMATE APPEAL BRANCH

Staff Signature: ______ Date Returned to Inmate: ______

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: ______ Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: 07-2077

STAFF misconduct Inciting Violence

First Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other OCT 0 2 2007

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: AUG 2 4 2007 Due Date: OCT 0 ~~8~~ 2007

Interviewed by: Lt. GLOVER

SEE ATTACHED

gxG

Staff Signature: T. GLOVER [signature] Title: LT Date Completed: 9/17/07

Division Head Approved: Returned OCT 2 3 2007

Signature: [signature] Title: AW Date to Inmate: [redacted]

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

My civil rights (8th Ammendment) was violated, along with staff misconduct and I want a proper Investigation done against C/O Wilson. Not a cursory one by co/workers on his yard. There is complete video footage of this incident, also C/O Wilson is still abusive & needs punishment. Damages to be determined

Signature: Lance Henslee Date Submitted: NOV. 2, 2007

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: NOV 0 6 2007 Due Date: DEC 0 7 2007

☒ See Attached Letter

Returned via Institutional mail on 12/18/07

Signature: M. Stout, [signature] Date Completed: 11/29/07

Warden/Superintendent Signature: [signature] Garcea, CDW Date Returned to Inmate: ~~DEC 0 3 2007~~ 12/18/07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

SGT. Sosa & C/O Wilson violated my civil right, 8th Ammendment. I want punitive & compensatory damages of $250,000.011 I want SGT. Sosa and C/O Wilson removed from any job where they have any "Inmate contact," due to their abuses. SGT. Sosa & C/O Wilson to be punished for staging a gladiator type fight between myself and another inmate.

Signature: Lance Henslee Date Submitted: 12-26-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

Date: APR 0 8 2008

CDC 602 (12/87)

Staff misconduct Inciting Violence

In my cell (7-217) and stood watching, waiting to see us Fight, as I/m Ledgerwood had previously threatened me and I Feared For my safety, I did not allow the Inmate to take off his handcuffs, nor come farther into my cell.

I kept him restrained and pushed up into the doorway, until C/O Wilson opened the door again and pulled the handcuffed Inmate out. C/O Wilson then intentionally sprayed me in the face with pepper spray. He sprayed me needlessly as I was at the back of my cell and alone.

SGT. Sosa & C/O Wilson were aware & told they could not put him in my cell. They did so intentionally & maliciously to make us Fight. Gladiator type Fights staged by staff are Illegal (Federal civil rights) and against Prison regulations.

I want the videotape reviewed as it shows C/O Wilson Forcing the Inmate into my cell, against my will. I am Filing a Formal complaint against ad-seg SGT. Sosa & C/O Wilson & Donovan State-prison. SGT. Sosa didnt try to stop the Fight - he Incited & allowed it!

also present were these witnesses:

I/m Sterling # F-34527 (cell 7-217)

CCI Korda, R. I/m Kordas, Robert F-43299 (cell 7-217)

c/o Newsham
c/o Wilson gave me a 115 For Inmate battery,
I Feel my safety & security Is in Jeopardy
as a result, and will not accept any cellmate.
Staff is now refusing to shower me In
retalliation. Staff is Verbally abusive.

Page 3 of 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

- Inciting Violence staff misconduct -

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

***Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:***

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| | | | |
|---|---|---|---|
| Henslee, Lance | Lance Henslee | 8-14-07 | |
| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Henslee, Lance | Lance Henslee | T-93490 | 8-14-07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

I swear the complaint to be true!
Lance Henslee
T-93490.

State of California | Department of Corrections and Rehabilitation

# Memorandum

Appeal recieved by Inmate Henslee 12/18/07.
Mailed out 12/27/07.

Date: November 29, 2007

To: Henslee, L.
T93490
Richard J. Donovan Correctional Facility

Subject: **SECOND LEVEL APPEAL RESPONSE** **LOG NO.:** **RJD 07-2077**

**ISSUE:**

It is the appellant's position that on August 13, 2007, he was a victim of a "gladiator type fight" forced upon him by Correctional Officer (C/O) Wilson and Correctional Sergeant (Sgt.) Sosa. He claims that he warned staff that he was physically threatened by Inmate Ledgerwood, and if he was placed in the cell, there would be a fight. He claims Inmate Ledgerwood was placed in the cell and the appellant held on to him so the handcuffs could not be removed. It was at this time he stated that C/O Wilson sprayed him with pepper stray.

The appellant is requesting that the matter be investigated and remove C/O Wilson and Sgt. Sosa from the Administrative Segregation Unit.

**INTERVIEWED BY:** T. Glover, Correctional Lieutenant, on September 6, 2007 at the First Level of Review.

**REGULATIONS:** The rules governing this issue are CCR, Title 15:

Section 3081.1 – Right to Appeal

Section 3084.5 – Levels of Appeals Review and Disposition

Administrative Bulletin #05-03 – Processing of Adult Inmate/Parolee Appeals, which Allege Staff Misconduct

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

As indicated at the First Level response, a formal inquiry was conducted relative to the appellant's allegations. All information that is permitted to be disclosed to the appellant has been provided. As depicted in Administrative Bulletin #05-03 – Processing of Adult Inmate/Parolee Appeals, which Allege Staff Misconduct, the all inquiry results are deemed confidential therefore these results will not disclosed to an inmate/parolee. Any action if any that is taken against staff is also deemed confidential and will not be

provided to an inmate/parolee. The appellant was not satisfied and requests a "proper investigation" be conducted, and states that "C/O Wilson needs punishment."

Based on the evidence presented an inquiry was initiated and concluded. All relative staff and inmates were interview regarding his allegations, as well as Crime Incident Report, RJD-207-07-08-0429. The requested remedy for "damages and punishment" is out of the scope of the appeals process.

**APPEAL DECISION:** The appeal is denied at the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H Garcia

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 0 8 2008

In re: Lance Henslee, T93490
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0718373 Local Log No.: RJD-07-02077

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner P. D. Vera, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I **APPELLANT'S ARGUMENT:** It is the appellant's position that on August 13, 2007, while the appellant was housed in Administrative Segregation Unit (ASU), the appellant claims that he was the victim of a gladiator type fight forced upon him by Correctional Sergeant (Sgt.) Sosa and Correctional Officer (CO) Wilson. The appellant alleges that he informed Sgt. Sosa that he could not return inmate Ledgerwood T-15465, to his cell, because there would be a fight. The appellant contends that Sgt. Sosa stood by as CO Wilson physically threatened him and alleges that CO Wilson shoved inmate Ledgerwood thru his cell door and stood watching and waiting to see a fight. The appellant alleges that he did not allow inmate Ledgerwood to take off his handcuffs, and pushed him up into the doorway until CO Wilson pulled inmate Ledgerwood out. He states that CO Wilson then sprayed him in the face with Oleoresin Capsicum. The appellant requests a full investigation of staff misconduct against Sgt. Sosa and CO Wilson. He also requests to review the video tape. He further requests to remove Sgt. Sosa and CO Wilson from the ASU as they are a threat to safety and security.

II **SECOND LEVEL'S DECISION:** The reviewer found that the appellant's staff complaint allegations have been reviewed by the Hiring Authority and determined to be processed as a staff complaint appeal inquiry. The appellant's appeal is partially granted at the Second Level of Review (SLR) as an inquiry into his allegations has been conducted. All staff personnel maters are confidential in nature and as such, results of any inquiry will not be shared with staff members of the public, any other inmate's, or the appellant. Although the appellant has the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

III **DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by the Hiring Authority and an inquiry has been completed at the SLR. In the event that staff misconduct was substantiated, the institution would take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public or the inmate population, and would not be released to the appellant. Although the appellant has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3001, 3004, 3268, 3391
Administrative Bulletin 05/03: PROCESSING OF ADULT INMATE/PAROLEE APPEALS, CDC FORM 602, WHICH ALLEGE STAFF MISCONDUCT.

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, HDSP
Appeals Coordinator, HDSP
Appeals Coordinator, RJD

# Government Claims Form

California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California
Victim Compensation and Govt Claims Board
RECEIVED
FEB 04 2008
Government Claims Div.

For Office Use Only
Claim No.: G573042

FEB 22 2008

## Is your claim complete?

| | |
|---|---|
| ☐ | *New!* Include a check or money order for $25 payable to the State of California. |
| ☒ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☒ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☒ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

1. Last name / First Name / MI: Henslee, Lance R.
2. Tel: \ \ \
3. Email:
4. Mailing Address: P.O. Box 799003 City: San Diego State: Cal Zip: 92179
5. Best time and way to reach you: Legal mail via address
6. Is the claimant under 18? ☐ Yes ☒ No If YES, give date of birth: MM \ DD \ YYYY \

## Attorney or Representative Information

7. Last name / First Name / MI: N/A
8. Tel: \ \ \
9. Email: \
10. Mailing Address: N/A City: \ State: \ Zip: \
11. Relationship to claimant: N/A

## Claim Information

12. Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☒ No
State agency that issued the warrant: If NO, continue to Step 13.
Dollar amount of warrant: Date of issue: MM DD YYYY
Proceed to Step 22.
13. Date of Incident: August 13, 2007
Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☐ No
14. State agencies or employees against whom this claim is filed:
Correctional officer - C. Wilson Badge # 52789
Correctional Seargant - V. Sosa Badge # 55636
15. Dollar amount of claim: $250,036.00
If the amount is more than $10,000, indicate the type of civil case: ☐ Limited civil case ($25,000 or less) ☒ Non-limited civil case (over $25,000)
Explain how you calculated the amount:
$250,000.00 Punitive $36.00 Compensatory

Violation of my civil rights., 8th Ammendment.

(1 book of stamps $8.00)
(1 Dinner Tray $3.00)
(Filing Fees 25.00)
Total = 36.00 $

16 Location of the incident: Donovan State Prison 480 Alta rd. San Diego, Cal. 92179 Facility 2 Building 7 cell 218

17 Describe the specific damage or injury: Victim of "staged gladiator type fight". Pepper sprayed by staff. Food tampered with, mail & stamps taken. Harrassed and threatened by staff. Violation of state law and 8th ammendment.

18 Explain the circumstances that led to the damage or injury: staff was warned of threat of violence between inmates. Sgt. Sosa and c/o Wilson purposely forced us together in a locked cell to make us fight. I was pepper sprayed & falsely accused of battery. my dinner was tampered with by c/o Wilson, and my mail and stamps were taken.

19 Explain why you believe the state is responsible for the damage or injury: Sgt. Sosa supervised c/o Wilson commit these crimes and violations under color of authority, while on duty as prison guards, on prison grounds.

20 Does the claim involve a state vehicle? ☐ Yes ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

21 N/A

Name of Insurance Carrier

Mailing Address | City | State | Zip

Policy Number: | Tel:

Are you the registered owner of the vehicle? ☐ Yes ☐ No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed? ☐ Yes ☐ No

Have you received any payment for this damage or injury? ☐ Yes ☐ No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number: | Vehicle License Number:

Make of Vehicle: | Model: | Year:

Vehicle ID Number:

## Notice and Signature

22 I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Lance R. Hendlee #T-93490 | 1-14-2008

Signature of Claimant or Representative | Date

23 Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

24

Name of State Agency | Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative | Title

Signature | Date

VCGCB-GC-002 (Rev. 8/04)

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

*(Request for Permission to Proceed In Forma Pauperis)*

California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

RECEIVED
State of California / Victim Compensation & Government Claims Board
FEB 04 2008
Government Claims Div.

**For Office Use Only**

**Claim No.:**

***I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.***

## Claimant Information

1. Henslee, Lance R.
   Last name / First Name / MI
2. Tel: [redacted]
3. Claim Number (if known):

## Employment Information

4. My occupation: Marble & Granite Cutter
   My employer: None
   Incarcerated in State Prison
   Employer's Mailing Address / City / State / Zip
   My spouse's or partner's employer:
   Employer's Mailing Address / City / State / Zip
5. If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step 23.
   *Inmate Identification Number:* T-93490

## Financial Information

6. I am receiving financial assistance from one or more of the following programs. ☐ Yes ☒ No
   **If no, proceed to step 7 If yes, check all that apply, then skip to step 24.**
   - ☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
   - ☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
   - ☐ Food Stamps
   - ☐ County Relief, General Relief (GR), or General Assistance (GA)
7. Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A ☐ | 1 | $969.79 | F ☐ | 6 | $2,626.04 |
| B ☐ | 2 | $1,301.04 | G ☐ | 7 | $2,957.29 |
| C ☐ | 3 | $1,632.29 | H ☐ | 8 | $3,288.54 |
| D ☐ | 4 | $1,963.54 | I ☐ | There are more than 8 people in my family | |
| E ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |
| | | | | Number: | Total Income: |

**If you checked a box in step 7 A through I, complete steps 9 through 15. Then skip to step 24.**

8. My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee. ☐ Yes ☒ No
   **If yes, fill in steps 9 through 24.**

## Monthly Income and Expenses

9 My gross monthly pay is: $

10 My income changes each month: [ ] Yes [ ] No

11 Number of persons living in my home:

| Name | Age | Relationship | Monthly Income |
|---|---|---|---|
| A | | | $ |
| B | | | $ |
| C | | | $ |
| D | | | $ |
| E | | | $ |
| F | | | $ |

15 My total gross monthly household income: $

12 Other money I get each month

| Source: | |
|---|---|
| A | $ |
| B | $ |
| C | $ |
| D | $ |
| E | $ |
| F | $ |

13 Total other money: $

14 My monthly income: $

16 My payroll deductions are:

| | | | |
|---|---|---|---|
| A | $ | E | $ |
| B | $ | F | $ |
| C | $ | G | $ |
| D | $ | H | $ |

17 My total payroll deduction amount is: $

18 My monthly take home pay is $

19 My net monthly income: $

20 I own or have interest in the following property:

A Cash $

B Checking and savings (List banks):

| | | |
|---|---|---|
| 1) | | $ |
| 2) | | $ |
| 3) | | $ |
| 4) | | $ |

C Cars, other vehicles, and boats (List make and year)

| | Property | Value | Loan Balance |
|---|---|---|---|
| 1) | | $ | $ |
| 2) | | $ | $ |
| 3) | | $ | $ |

D Real estate (List addresses)

| | | | |
|---|---|---|---|
| 1) | | $ | $ |
| 2) | | $ | $ |

21 My monthly expenses are:

| | | |
|---|---|---|
| A | Rent or house payment | $ |
| B | Food and household supplies | $ |
| C | Utilities and telephone | $ |
| D | Clothing | $ |
| E | Laundry and cleaning | $ |
| F | Medical and dental | $ |
| G | Insurance | $ |
| H | School, child care | $ |
| I | Transportation and auto expenses | $ |

J Installment payments (specify)

| | | |
|---|---|---|
| 1) | | $ |
| 2) | | $ |
| 3) | | $ |

Total installment payments: $

K Wage assignment or withholdings $

L Spousal or child support $

M Other:

| | | |
|---|---|---|
| 1) | | $ |
| 2) | | $ |

Total other expenses: $

22 Total monthly expenses: $

23 I have attached other information that supports this application on a separate sheet. [X] Yes [ ] No

## Signature Section

24 *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

Laince R. Henslee T-93490 1-14-08

*Signature of Claimant* *Date*

VCGCB-GC-0010 8/04

CALIFORNIA VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Lance R Henslee T93490
PO Box 799003
San Diego, CA 92179

February 22, 2008

RE: Claim G573042 for Lance R Henslee, T93490

Dear Lance Henslee,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on February 02, 2008.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the March 20, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G573042 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

C A L I F O R N I A
VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Lance R Henslee T93490
PO Box 799003
San Diego, CA 92179

March 28, 2008

RE: Claim G573042 for Lance R Henslee, T93490

Dear Lance Henslee,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on March 20, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G573042 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Laura Alarcón

Laura Alarcòn, Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

* * * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board (Board) in your court action unless the Board was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILING FEE PAID Yes No ✓
IFP MOTION FILED Yes ✓ No
COPIES SENT TO Court ✓ ProSe

FILED JUN - 5 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

I (a) PLAINTIFFS

**Lance R. Henslee**

DEFENDANTS

**Wilson, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Lassen
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Lance R. Henslee**
**PO Box 3030**
**Susanville, CA 96127**
**T-93490**

ATTORNEYS (IF KNOWN)

'08 CV 1015 IEG LSP

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 6/5/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Henslee