08-1015-IEG (LSP)

NUNC PRO TUNC
JUN - 5 2008

FILED
2008 JUN 10 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

June 2, 08'

Request for a lawyer to help me!

Your Honor;
I have a serious case against two C.D.C.R. prisonguards, that violated my eighth ammendment by forcing me to a staged gladiator type fight, similar to the ones in Corcoran prison.
I was also sprayed by pepper spray as punishment, and my eye witnesses were threatened by the guard in this case.

Due to prison rules, Discovery rules, and Complexity of law I humbly request help with a qualified lawyer to help me with my case and to protect my rights.

Very Sincerely,

Lance Henslee, #T-93496

P.S. Your Honor, I really need a Lawyers help to pursue this case vigourously please!

RECEIVED