EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SYLVIE P. SNYDER, State Bar No. 171187
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2299
Fax: (619) 645-2581
Email: Sylvie.Snyder@doj.ca.gov

Attorneys for Defendants V. Sosa and C. Wilson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LANCE R. HENSLEE,**<br>Plaintiff,<br>**v.**<br>**C. WILSON, et al.,**<br>Defendants. | 08-CV-01015 IEG LSP<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS**<br><br>Hearing: October 20, 2008<br>Time: 10:30 a.m.<br>Courtroom: 1<br>Judge: The Honorable Irma E. Gonzalez<br>NO ORAL ARGUMENT PER COURT |

**TO LANCE R. HENSLEE, PLAINTIFF PRO SE:**

Please take notice that on October 20, 2008, at 10:30 a.m., in the above-referenced court, located at 940 Front Street, San Diego, California, 92101, Defendants V. Sosa and C. Wilson will move the Court for an order dismissing Plaintiff's Complaint.

The motion is made under Federal Rule of Civil Procedure 12(b)(6) on the ground Plaintiff fails to state a claim for which relief may be granted.

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support, and such other matters as the Court deems appropriate.

Dated: August 20, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

MICHELLE DES JARDINS
Supervising Deputy Attorney General

s/ Sylvie P. Snyder

SYLVIE P. SNYDER
Deputy Attorney General
Attorneys for Defendants

70134245.wpd
SD2008700621

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Henslee, Lance R. v. C. Wilson, et al.**

No.: **08-CV-01015 IEG LSP**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the attached **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Lance R. Henslee
T-93490
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127
In Pro Per
T-93490

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Diego, California.

| | |
|---|---|
| Laura Ruiz | Laura Ruiz |
| Declarant | Signature |

80274170.wpd