# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. HENSLEE,<br><br>                             Plaintiff,<br>  vs.<br><br>C. WILSON; V. SOSA.,<br><br>                            Defendants. | CASE NO. 08-CV-1015 IEG LSP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS |

    Presently before the Court is Plaintiff's motion to amend his complaint.  (Doc. No. 1.)

    Federal Rule of Civil Procedure 15 states, "[a] party may amend its pleading once as a matter of course at any time before a responsive pleading is served . . . ."  This is Plaintiff's first amendment and Defendants have not filed a responsive pleading.  <u>Rick-Mik Enterprises, Inc. Equilon Enterprises LLC</u>, 532 F.3d 963, 977 (9th Cir. 2008)("motion to dismiss is not a responsive pleading within the meaning of Rule 15(a).").  Accordingly, the Court **GRANTS** Plaintiff's motion for leave to file an amended complaint.  Plaintiff must file his amended complaint by <u>November 10, 2008</u>.  Furthermore, the Court **DENIES** Defendants' motion to dismiss as moot and **VACATES** the motion hearing on the motion to dismiss, which was set for October 20, 2008.

**IT IS SO ORDERED.**

DATED:  October 2, 2008

                                                      _____<br>
                                                      IRMA E. GONZALEZ, Chief Judge<br>
                                                      United States District Court