# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lance R. Henslee, CDC #T-93490

V.

C. Wilson; V. Sosa; John Doe #1; John Doe #2; and John Doe #3

**FILED**
AUG 1 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1015-IEG (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Defendants' motion to dismiss in its entirety. Case closed...................................

| August 18, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON August 18, 2009

08cv1015-IEG(RBB)